UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GOLDEN PALM INVESTMENT LIMITED PARTNERSHIP, *et al.*,

    Plaintiffs,

vs.

DANIEL AZOURI, *et al.*,

    Defendants.

2:15-cv-00336-KJD-VCF

**ORDER**

    Before the court is *Golden Palm Investment Limited Partnership, et al., vs. Daniel Azouri, et al.*, case number 2:14-cv-00336-KJD-VCF.  Defendant Daniel Azouri filed its Motion to Dismiss on March 27, 2015.  (#9).  To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 9:30 a.m., June 3, 2015, in courtroom 3D.  The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 12th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE