**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GOLDEN PALM INVESTMENTS LIMITED PARTNERSHIP, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL AZOURI, *et al.*, <br><br> Defendants. | 2:15-cv-00336-KJD-VCF <br> **ORDER** |

Before the court is Defendant Daniel Azouri's Motion to Stay Discovery.  (#15).

IT IS HEREBY ORDERED that the discovery hearing scheduled for 9:30 a.m., June 3, 2015 is VACATED.  The Motion to Stay Discovery (#15) will brief in the ordinary course.

DATED this 18th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE