HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
*RHernquist@HowardandHoward.com*
Jay Young, Nevada Bar No. 5562
*JYoung@HowardandHoward.com*
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

*Attorneys for Plaintiffs Marvin Lipschultz,
and Golden Palm Investments LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN PALM INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; and MARVIN LIPSCHULTZ, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>DANIEL AZOURI, an individual; JOSEPH SINGER, an individual; and JOSEPH SINGER ENTERTAINMENT GROUP LLC, a California limited liability company;<br><br>    Defendants. | Case No. 2:15-cv-00336-KJD-(VCF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action, without prejudice.

                                                      HOWARD & HOWARD ATTORNEYS PLLC

                                                      By: /s/  Robert Hernquist
                                                      Robert Hernquist, Nevada Bar No. 10616
                                                      Jay Young, Nevada Bar No. 5562

                                                      *Attorneys for Plaintiffs Marvin Lipschultz
                                                      and Golden Palm Investments LP*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Howard & Howard Attorneys PLLC, and that on this 17th day of August, 2015, I caused to be served a true and correct copy of the foregoing *Notice of Voluntary Dismissal* in the following manner:

(ELECTRONIC SERVICE) Pursuant to Fed. R. Civ. P. 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Kurt R. Bonds<br>Adam R. Knecht<br>ALVERSON TAYLOR MORTENSON & SANDERS<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant Daniel Azouri* | Shawn Mangano<br>SHAWN MANGANO LTD.<br>9284 West Russell Rd., #203<br>Las Vegas, NV 89148<br><br>*Attorney for Defendants Joseph Singer & Joseph Singer Entertainment Group LLC* |

                                                 /s/ Robert Hernquist
                                                HOWARD & HOWARD ATTORNEYS PLLC

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483