1  Shawn A. Mangano, Esq.
   SHAWN A. MANGANO LTD.
2  9284 West Russell Road
   Las Vegas, Nevada 89148
3  (702) 622-4912
   shawn@manganolaw.com
4
   Attorney for Defendants
5  JOSEPH SINGER and
   JOSEPH SINGER ENTERTAINMENT GROUP LLC
6

7                UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  GOLDEN PALM INVESTMENTS LIMITED         Case No. 2:15-cv-00336-KJD-VCF
   PARTNERSHIP, a Nevada limited partnership;
10 and MARVIN LIPSCHULTZ, an individual,

11         Plaintiffs,
   vs.
12
   DANIEL AZOURI, an individual; JOSEPH
13 SINGER, an individual; and JOSEPH SINGER
   ENTERTAINMENT GROUP LLC, a
14 California limited liability company,

15         Defendants.

16                    **SUBSTITUTION OF COUNSEL**

17       The law firm of SHAWN A. MANGANO LTD hereby substitutes in the place and stead

18 of KAEMPFER CROWELL as counsel of record for Defendants JOSEPH SINGER and

19 JOSEPH SINGER ENTERTAINMENT GROUP LLC.

20       DATED this 28th day of April, 2015.

21                    SHAWN A. MANGANO LTD

22
                      BY:    /s/ Shawn A. Mangano
23                           Shawn A. Mangano, Esq. (NVBN 6730)
                             9284 West Russell Road
24                           Las Vegas, Nevada 89148
                             **Attorney for Defendants JOSEPH SINGER and**
                             **JOSEPH SINGER ENTERTAINMENT GROUP LLC**

1  Defendants JOSEPH SINGER and JOSEPH SINGER ENTERTAINMENT GROUP
2  LLC hereby consent to the substitution of the law firm of SHAWN A. MANGANO LTD as their
3  attorneys of record in the above-entitled action in the place and stead of the law firm of
4  KAEMPFER CROWELL.

DATED this 28 day of April, 2015.

By: _____
Joseph Singer, individually and on behalf of
Joseph Singer Entertainment Group LLC

The law firm of KAEMPFER CROWELL hereby withdraws as counsel of record in the above-entitled action on behalf of Defendants JOSEPH SINGER and JOSEPH SINGER ENTERTAINMENT GROUP LLC.

DATED this 28th day of April, 2015.

KAEMPFER CROWELL

By: /s/ Severin A. Carlson
Severin A. Carlson (NVBN 9373)
50 West Liberty Street, Suite 700
Reno, Nevada 89501
**Former Counsel for Defendants JOSEPH SINGER and JOSEPH SINGER ENTERTAINMENT GROUP LLC**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 11, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **SUBSTITUTION OF COUNSEL** using the court's CM/ECF system which will send notification to the following:

Robert Hernquist, Esq.
Kimberly P. Stein, Esq.
Howard & Howard Attorneys PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
(702) 257-1483
(702) 567-1568 - facsimile
**Attorneys for Plaintiffs**

Kurt R. Bonds, Esq.
Adam R. Knecht, Esq.
Alverson, Taylor, Mortensen & Sanders
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
**Attorneys for Defendant**
**DANIEL AZOURI**

Severin A. Carlson, Esq.
Kaempfer Crowell
50 West Liberty Street, Suite 700
Reno, Nevada 89501
(775) 852-3900
scarlson@kcnvlaw.com
**Former Counsel for Defendants**
**JOSEPH SINGER and JOSEPH SINGER ENTERTAINMENT GROUP LLC**

DATED this _____ day of April, 2015.

_____
an employee of Shawn A. Mangano Ltd